IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANK SOYUZ**, a Russian Joint Stock Commercial Bank | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:05CV01073 ) |
| **OFFICE OF FOREIGN ASSETS CONTROL**, Robert W. Werner as Director | ) Judge: Royce C. Lamberth ) ) Deck Type: Administrative Agency Review ) |
| and | ) ) |
| **UNITED STATES DEPARTMENT OF THE TREASURY** | ) ) ) ) |
| Defendants. | ) |

**PRAECIPE**

Please enter my appearance as co-counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

/s/ Martin Mendelsohn

Martin Mendelsohn
**SCHNADER HARRISON SEGAL & LEWIS**
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
(202) 419-4220
D.C. Bar No. 139063