U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Bank Soyuz

vs.

Office of Foreign Assets Control, et al.

No. 1:05CV01073 RL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Letter dated July 6, 2005; Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:20 pm on July 6, 2005, I served The Honorable Alberto Gonzales, Attorney General for the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving David Burroughs, Supervisor, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'8"
HAIR-    BLACK
WEIGHT-  165
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 07-07-05
Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154996