U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Bank Soyuz

vs.

Office of Foreign Assets Control, et al.


No. 1:05CV01073 RL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, DWAYNE G. BOSTON, having been duly authorized to make service of the Letter dated July 6, 2005; Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:50 pm on July 6, 2005, I served Office of the United States Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Annette Dennis, Paralegal Assistant, authorized to accept. Described herein:

```
    SEX-   FEMALE
    AGE-   51
 HEIGHT-   5'6"
   HAIR-   BLACK
 WEIGHT-   190
  COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.


Executed on _07-07-05_
          Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154998