IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BANK SOYUZ**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:05CV01073 |
| **OFFICE OF FOREIGN ASSETS CONTROL**, **UNITED STATES DEPARTMENT OF THE TREASURY**, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF SERVICE UPON THE HON.
JOHN W. SNOW, SECRETARY, U.S. DEPARTMENT OF THE TREASURY**

The undersigned hereby certifies that service upon the Hon. John W. Snow, U.S. Secretary of the Treasury, by United States certified mail, was effected on **June 10, 2005**. The certified mail return receipt provided by the U.S. Postal Service, copy appended as Exhibit A, establishes that the Complaint and Summons were received upon Secretary John W. Snow on **June 10, 2005**. *See also* cover letter dated June 3, 2005, also served by certified mail and delivered on **June 10, 2005** (copy appended as Exhibit B).

Respectfully submitted,

**Joint Stock Commercial Bank "SOYUZ"**

by: _____/s/_____.
Martin Mendelsohn, D.C. Bar No. 139063
Bruce A. McDonald, D.C. Bar No. 293753
**SCHNADER HARRISON SEGAL & LEWIS LLP**
2001 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
(202) 419-4200

Attorneys for the Plaintiff

Dated:       July 28, 2005