

# Schnader
### ATTORNEYS AT LAW

2001 PENNSYLVANIA AVENUE, NW   SUITE 300
WASHINGTON, DC 20006-1825
202.419.4200   FAX 202.419.3454   schnader.com

June 3, 2005

**VIA CERTIFIED MAIL**

The Hon. John W. Snow
Secretary, U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220
Tel.: 202-622-2000

Re:   *Bank Soyuz v. Office of Foreign Assets Control,* Case No. 1:05CV01073 (D.D.C.)
(filed May 27, 2005), Our Ref. 3007757-0001

Dear Mr. Secretary:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, enclosed for your office,

please find a Summons and associated Complaint that we filed Friday, May 27, 2005 in the

above-captioned action.  Please call if you have any questions.

Sincerely,

Bruce A. McDonald/dr

Bruce A. McDonald

cc:      Martin Mendelsohn, Esq. (w/enc.)
Bank Soyuz (w/enc.)