UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANK SOYUZ,         ) | |
| )  | |
| Plaintiff,  ) | |
| v.          ) | |
| )  | Civil Action No. 05-1073 (RCL) |
| OFFICE OF FOREIGN ASSETS  ) | |
| CONTROL,      ) | |
| )  | |
| Defendant.   ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

The Clerk of Court is requested to enter the appearance of Daniel Riess on behalf of Defendant.

Dated: August 31, 2005          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

  /s/  Daniel Riess
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL RIESS (Texas Bar No. 24037359)
Civil Division
United States Department of Justice
Tel: (202) 353-3098
Fax: (202) 616-8460

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Room 6122
Washington, D.C. 20001

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2005, I caused the foregoing Notice of Appearance to be served via electronic case filing.

/s/ Daniel Riess
Daniel Riess