UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANK SOYUZ, )<br>)<br>       Plaintiff, )<br>v. )<br>)<br>OFFICE OF FOREIGN ASSETS )<br>CONTROL, )<br>)<br>       Defendant. )<br>_____ ) | Civil Action No. 05-1073 (RCL) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant hereby moves for an enlargement of time up to and including Friday, September 30, 2005, in which to file its response to Plaintiff's Complaint. Plaintiff's counsel, Bruce McDonald, has consented to the enlargement of time.

In support of this motion, Defendant states as follows:

Defendant requires additional time in order to assess Plaintiff's Complaint in the context of the entire sanctions program it is responsible for administering, and to decide upon an appropriate response. This motion is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Defendant respectfully requests that its unopposed motion for an enlargement of time be granted.

Dated: September 1, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

  /s/ Daniel Riess
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL RIESS (Texas Bar No. 24037359)

Civil Division
United States Department of Justice
Tel: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Room 6122
Washington, D.C. 20001

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2005, I caused the foregoing Unopposed Motion for an Enlargement of Time to be served via electronic case filing.

                                                  /s/ Daniel Riess  
                                                  Daniel Riess