# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANK OF SOYUZ,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1073 (RCL)** |
| ) | |
| **OFFICE OF FOREIGN ASSETS** ) | |
| **CONTROL,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion [7] for Enlargement of Time in which to file its response to plaintiff's complaint, it is hereby

ORDERED that the defendant's Unopposed Motion [7] for Enlargement of Time is GRANTED; and it is further

ORDERED that the defendant must file its response no later than September 30, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 1, 2005.