UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANK SOYUZ,                             ) | |
|                                          ) | |
|         Plaintiff,                      ) | |
| v.                                       ) | |
|                                          ) | Civil Action No. 05-1073 (RCL) |
| OFFICE OF FOREIGN ASSETS      ) | |
| CONTROL,                                ) | |
|                                          ) | |
|         Defendant.                      ) | |
| _____ ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Defendant hereby moves for an enlargement of time up to and including Monday, October 31, 2005, in which to file its response to Plaintiff's Complaint. Plaintiff's counsel, Bruce McDonald, has consented to the enlargement of time.

In support of this motion, Defendant states as follows:

The parties are discussing the current status of the case, and would appreciate additional time in which to continue their discussions. This motion is not sought merely for delay but in order that justice may be served.

Based on the foregoing, Defendant respectfully requests that its unopposed motion for an enlargement of time be granted.

Dated: September 26, 2005            Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                      /s/  Daniel Riess
                                     SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
                                     DANIEL RIESS (Texas Bar No. 24037359)
                                     Civil Division

United States Department of Justice
Tel: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Room 6122
Washington, D.C. 20001

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2005, I caused the foregoing Second Unopposed Motion for an Enlargement of Time to be served via electronic case filing.

/s/ Daniel Riess
Daniel Riess