UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANK SOYUZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1073 (RCL) |
| ) | |
| **OFFICE OF FOREIGN ASSETS** ) | |
| **CONTROL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Second Unopposed Motion [9] for an Enlargement of Time to File Response to Plaintiff's Complaint and the record herein, it is hereby

ORDERED that Defendant's Second Unopposed Motion [9] for an Enlargement of Time is GRANTED. Defendant shall file a response to Plaintiff's Complaint by October 31, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 27, 2005.