IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANK SOYUZ**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. 1:05CV01073 |
| **OFFICE OF FOREIGN ASSETS CONTROL**, **UNITED STATES DEPARTMENT OF THE TREASURY**, | ) ) ) ) |
| | ) |
| Defendant. | ) |

**SUGGESTION OF MOOTNESS**

Plaintiff hereby apprises the Court that the Complaint herein is moot, as Defendant has issued the export license sought by Plaintiff in this case. Plaintiff would show the Court more specifically as follows.

1. Plaintiff, Bank Soyuz, filed this complaint against the Defendant, Office of Foreign Assets Control of the U.S. Department of the Treasury, seeking the issuance of an export license to release funds in the amount of $418,988.92, held in an account at the Israeli Discount Bank of New York that had been blocked on the authority of the Sudanese Sanction Regulations.

2. Defendant, represented by the U.S. Department of Justice, while not formally responding to the Complaint, has issued an Order releasing the funds to the Plaintiff.

3. Plaintiff acknowledges receipt of all the funds sought.

2

      Under these circumstances the Complaint has been rendered moot, and Plaintiff is satisfied that the Complaint can be dismissed as moot and with prejudice, each party to bear its own fees and costs.

      Respectfully submitted,

      **Bank "Soyuz"**

      By: _____
Martin Mendelsohn (D.C.Bar No. 139063)
Bruce A. McDonald (D.C.Bar No. 293753)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
Tel.  (202) 419-4200
Fax:  (202) 419-3454
Email: bmcdonald@schnader.com

*Attorneys for Plaintiff*