**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BANK SOYUZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 05-1073 (RCL)** |
| **OFFICE OF FOREIGN ASSETS** | ) | |
| **CONTROL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendant moves this Court to dismiss the

complaint in this action.  For the reasons set forth in the accompanying memorandum of points

and authorities, the Court should dismiss this case as moot.  A proposed Order is attached.

Dated: October 31, 2005                Respectfully submitted,

                                       PETER D. KEISLER
                                       Assistant Attorney General

                                         /s/  Daniel Riess
                                       SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
                                       DANIEL RIESS (Texas Bar No. 24037359)
                                       Civil Division
                                       United States Department of Justice
                                       Tel: (202) 353-3098
                                       Fax: (202) 616-8460
                                       Email: Daniel.Riess@usdoj.gov

                                       Mailing Address:
                                       Post Office Box 883
                                       Washington, D.C.  20044

                                       Courier Address:
                                       20 Massachusetts Ave., N.W.
                                       Room 6122

Washington, D.C. 20001

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of October, 2005, I caused the foregoing Motion to

Dismiss Plaintiff's Complaint to be served via electronic case filing.


/s/ Daniel Riess
Daniel Riess