UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BANK SOYUZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-1073 (RCL) |
| OFFICE OF FOREIGN ASSETS CONTROL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Suggestion of Mootness, Defendant's Motion to Dismiss Plaintiff's Complaint, any response thereto, and the applicable law, it is hereby

ORDERED that Defendant's motion to dismiss be, and hereby is, GRANTED. It is further

ORDERED that this action be DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE