UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BANK SOYUZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1073 (RCL) |
| | ) | |
| **OFFICE OF FOREIGN ASSETS CONTROL,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of plaintiff's Suggestion of Mootness, defendant's Motion [12] to Dismiss Complaint, the lack of any response thereto, and the applicable law, it is hereby

ORDERED that defendant's Motion [12] to Dismiss is GRANTED.  It is further

ORDERED that this action be DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 1, 2006.